■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RISPOLI, Appellant. [655 NYS2d 1014] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 29, 1996 *(People v Rispoli,* 226 AD2d 746), affirming a judgment of the Supreme Court, Richmond County, rendered March 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Thompson, Pizzuto and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [655 NYS2d 1014] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered June 6, 1995, convicting him of manslaughter in the first degree and attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction should be reversed on the ground of preindictment delay is unpreserved for appellate review and we decline to reach the issue in the exercise of our interest of justice jurisdiction *(see,* CPL 470.05 [2]; 210.20 [1] [f], [2], [3]; 30.10; *People v De Pillo,* 168 AD2d 899).

The defendant was not denied the effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137; *People v De Pillo, supra).* Pizzuto, J. P., Altman, McGinity and Luciano, JJ., concur.